**Order entered January 9, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00596-CR
No. 05-14-00597-CR

**MICKEY ODELL GERALD II, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F07-72503-V, F07-72502-V**

## ORDER

The Court **REINSTATES** the appeals.

On October 28, 2014, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent and represented by court-appointed counsel; (3) counsel timely requested the reporter's record; (4) Debi Harris, court reporter for Auxiliary Court No. 8, is the court reporter who recorded the proceedings; (5) Ms. Harris's explanation for the delay in filing the record is due to a family death and other issues, she overlooked the record; and (6) Ms. Harris requested thirty days from the January 6, 2015 findings to file the record.

We **GRANT** Ms. Harris's January 2, 2015 request for an extension of time to file the reporter's record. We **ORDER** Ms. Harris to file the complete reporter's record, including all exhibits admitted into evidence, by **FEBRUARY 9, 2015**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Debi Harris, court reporter, Auxiliary Court No. 8, and to counsel for all parties.

/s/     LANA MYERS
           JUSTICE